# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAKOTA THERIOT

NO. 2025 KW 0453

**OCTOBER 23, 2025**

---

In Re:   Dakota Theriot, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 38517.

---

BEFORE:   **THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT GRANTED** for the sole purpose of remanding the matter to the district court for a hearing on the issue of the timeliness of the filing of relator's application for postconviction relief. Relator included information in his writ application filed with this court that he failed to first present to the district court. An appellate court cannot review evidence that is not in the record and cannot receive new evidence. As an appellate court, we have no jurisdiction to receive new evidence. See **Burniac v. Costner,** 2018-1709 (La. App. 1st Cir. 5/31/19), 277 So.3d 1204, 1208 n.6.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT